**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VIRGINIA L. FOX, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOTIC INC., RICHARD B. COHEN, and CAROL J. HIBBARD, <br><br> Defendants. | Case No.: 1:24-cv-12090-NMG <br><br> <u>CLASS ACTION</u> |
| MATTHEW DECKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOTIC INC., RICHARD B. COHEN, MARIA G. FREVE, and CAROL HIBBARD, <br><br> Defendants. | Case No.: 1:24-cv-12976-DJC <br><br> <u>CLASS ACTION</u> |

<u>**PLAINTIFF'S MOTION TO CONSOLIDATE**</u>

Pursuant to Federal Rule of Civil Procedure 42(a) and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, Plaintiff Virginia Fox ("Plaintiff") respectfully moves this Court for an order consolidating the above-captioned actions. Presumptive Lead Plaintiff Movant Dr. Seshagiri Rao Kalapala ("Lead Plaintiff Movant") and Defendants Symbotic Inc., Richard B. Cohen, Maria G. Freve, and Carol Hibbard ("Defendants") consent to the relief requested herein. Plaintiff Matthew Decker does not consent to the relief requested herein.

In support of her motion, Plaintiff respectfully refers to her memorandum of law and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion, if the Court wishes to hear oral argument.

Dated: December 20, 2024                    Respectfully submitted,

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (BBO# 657485)
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
E-mail: shopkins@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Plaintiff Virginia Fox*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 20, 2024.

Dated: December 20, 2024                    */s/ Shannon L. Hopkins*
                                             Shannon L. Hopkins