**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VIRGINIA L. FOX, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOTIC INC., RICHARD B. COHEN, and CAROL J. HIBBARD, <br><br> Defendants. | Case No.: 1:24-cv-12090-NMG <br><br> <u>CLASS ACTION</u> |
| MATTHEW DECKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOTIC INC., RICHARD B. COHEN, MARIA G. FREVE, and CAROL HIBBARD, <br><br> Defendants. | Case No.: 1:24-cv-12976-DJC <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE**

Having considered the papers filed in support of the Motion of Virginia Fox ("Plaintiff") for Consolidation of the Actions pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

**<u>CONSOLIDATION OF RELATED ACTIONS</u>**

1.    The above-captioned securities class actions (the "Actions") pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Any actions that have been filed, or may be filed, which are related, and

which may be considered herewith, are consolidated with the *Fox* Action under Case No. 1:24-cv-12090-NMG (the "Consolidated Action").

2.      A Master File is hereby established for the consolidated proceedings in the Consolidated Action. The docket number for the Master File shall be Master File No. 1:24-cv-12090-NMG. The original of this Order shall be filed by the Clerk in the Master File. The Clerk shall mail a copy of this Order to counsel of record in each of the above-captioned actions.

3.      Every pleading filed in the Consolidated Action shall bear the following caption:

| | |
|---|---|
| IN RE SYMBOTIC INC. SECURITIES LITIGATION | Master File No. 1:24-cv-12090-NMG |

## **NEWLY FILED OR TRANSFERRED ACTIONS**

4.       When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

a.  File a copy of this Order in the separate file for such action;

b.  Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c.  Make the appropriate entry in the docket for this action.

5.      Each new case arising out of the subject matter of this action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

6.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

3