**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VIRGINIA L. FOX, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMBOTIC INC., RICHARD B. COHEN, and CAROL J. HIBBARD,<br><br>Defendants. | Case No.: 1:24-cv-12090-NMG<br><br>CLASS ACTION |

**NOTICE OF WITHDRAWAL OF DR. SESHAGIRI RAO KALAPALA'S MOTION TO CONSOLIDATE**

Dr. Seshagiri Rao Kalapala ("Dr. Kalapala") hereby withdraws his Motion to Consolidate Cases and the memorandum in support of his motion. *See* ECF Nos. 31 and 32.

Dr. Kalapala's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and documents in support of his motion, remain active. *See* ECF Nos. 15, 16, 18, 27 and 30.

*[Signature on following page]*

Dated: December 23, 2024                    Respectfully submitted,

/s/ Shannon L. Hopkins
Shannon L. Hopkins (BBO# 657485)
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
E-mail: shopkins@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Lead Plaintiff Movant Dr. Seshagiri
Rao Kalapala*

2

**CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 23, 2024.

Dated: December 23, 2024                              */s/ Shannon L. Hopkins*
                                                                      Shannon L. Hopkins

3