## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGINIA L. FOX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMBOTIC INC., RICHARD B. COHEN, and CAROL HIBBARD,<br><br>Defendants. | Case No.: 1:24-cv-12090-NMG<br><br><u>CLASS ACTION</u> |
| MATTHEW DECKER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMBOTIC INC., RICHARD B. COHEN, MARIA G. FREVE, and CAROL HIBBARD,<br><br>Defendants. | Case No.: 1:24-cv-12976-DJC<br><br><u>CLASS ACTION</u> |

## DECLARATION OF JOSHUA BAKER IN SUPPORT OF PLAINTIFF DECKER'S OPPOSITION TO MOTION TO CONSOLIDATE

I, Joshua Baker, declare:

1.      I am an attorney at The Rosen Law Firm, P.A., attorneys for Matthew Decker. I make this declaration in support of Mr. Decker's opposition to Plaintiff Virginia Fox's motion to consolidate. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      Levi Firm press release – December 11, 2024

Exhibit 2:    Levi Firm press release – January 2, 2025

Exhibit 3:    Levi Firm press release – January 3, 2025

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd of January 2025.

**THE ROSEN LAW FIRM, P.A.**

/s/ *Joshua Baker*
Joshua Baker, Esq. (BBO # 695561)

## **<u>CERTIFICATE OF SERVICE</u>**

I, Joshua Baker, certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on January 3, 2025.

Dated: January 3, 2025                                         /s/ *Joshua Baker*
                                                                              Joshua Baker, Esq.