# Exhibit 1

 **NEWSROOM     SERVICES     CONTACT US     ENGLISH ˅     SIGN IN     REGISTER**



# Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Symbotic Inc.(SYM) Shareholders

December 11, 2024 13:09 ET | Source: **Levi & Korsinsky, LLP**     Follow

---

**Share**





NEW YORK, Dec. 11, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in **Symbotic Inc.** ("Symbotic" or the "Company") (NASDAQ: SYM) of a class action securities lawsuit.

**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of Symbotic investors who were adversely affected by alleged securities fraud between February 8, 2024 and November 26, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/symbotic-lawsuit-submission-form-2?prid=115732&wire=3

**SYM** investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Symbotic improperly accelerated revenue recognition in its 2024 financial statements; and (2) as a result, defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

## Company Profile

**Levi & Korsinsky, LLP**

**Industry:** Specialized Consumer Services

**Website:** https://zlk.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

 NEWSROOM    SERVICES    CONTACT US    SIGN IN    REGISTER

in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

---

**Tags**

Class Action

# Recommended Reading

January 02, 2025 13:06 ET

Source: Levi & Korsinsky, LLP

SHAREHOLDER ALERT: Levi & Korsinsky, LLP

December 30, 2024 13:08 ET

Source: Levi & Korsinsky, LLP

Shareholders of Joint Stock Company

 **NEWSROOM**    **SERVICES**    **CONTACT US**    SIGN IN    REGISTER



NEW YORK, Jan. 02, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky announces that it has commenced an investigation of TKO Group Holdings, Inc. (NYSE: TKO) concerning possible breaches of fiduciary...

**KSPI**



NEW YORK, Dec. 30, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Joint Stock Company Kaspi.kz ("Joint Stock Company Kaspi.kz" or the "Company") (NASDAQ: KSPI) of a class...

## Explore



**ACC Medlink Solidifies Leadership with 20% Expansi...**

January 03, 2025 14:00 ET



**Wawa Launches $1 Hot Coffee, $2 Iced Coffee and $3...**

January 03, 2025 13:36 ET

• • • • •



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:    in

### Global News

· English

· Français

· Deutsch

### Newswire Distribution Network & Management

· Home                      · Legal

· Newsroom              · Contact us

· RSS Feeds             · Resources

· Notified