# Exhibit 3

# Levi & Korsinsky Notifies Symbotic Inc. Investors of a Class Action Lawsuit and Upcoming Deadline - SYM

**January 02, 2025 2:00 PM EST | Source: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)**

New York, New York--(Newsfile Corp. - January 2, 2025) - Levi & Korsinsky, LLP notifies investors in **Symbotic Inc.** ("Symbotic" or the "Company") (NASDAQ: SYM) of a class action securities lawsuit.

**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of Symbotic investors who were adversely affected by alleged securities fraud between February 8, 2024 and November 26, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/symbotic-lawsuit-submission-form-2?prid=119721&wire=3 (https://api.newsfilecorp.com/redirect/pEQZnfOOnk)

**SYM** investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Symbotic improperly accelerated revenue recognition in its 2024 financial statements; and (2) as a result, defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Symbotic during the relevant time frame, you have until **February 3, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com (https://api.newsfilecorp.com/redirect/YYgZ1Tkk4O)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/235819 (https://api.newsfilecorp.com/redirect/0VkDPhbbGV)

SOURCE: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)